UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    ABC Capital Investment, LLC  
        Debtor(s)

Chapter: 7

Bankruptcy No: 22−13060−elf

*O R D E R*

**AND NOW,** this 16th day of November 2022 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Statement of Corporate Ownership due 11/29/2022  
    Atty Disclosure Statement due 11/29/2022  
    Schedule A/B due 11/29/2022  
    Schedule D due 11/29/2022  
    Schedule E/F due 11/29/2022  
    Schedule G due 11/29/2022  
    Schedule H due 11/29/2022  
    Statement of Financial Affairs due 11/29/2022  
    Statistical Summary of Certain Liabilities Form B206 due 11/29/2022  
    Corporate Resolution due 11/29/2022

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Eric L. Frank  
Judge , United States Bankruptcy Court