**Fill in this information to identify the case:**

Debtor name **ABC Capital Investment, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) **22-13060**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$112,094.80** | **$112,094.80** |
|---|---|---|---|---|
| | **City of Philadelphia**<br>**Department of Revenue**<br>**P.O. Box 1630**<br>**Philadelphia, PA 19105** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**9/11/19** | Basis for the claim:<br>**City Tax Judgement** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15,938.35** | **$15,938.35** |
|---|---|---|---|---|
| | **Commonwealth of PA**<br>**651 BOAS ST, 10TH FLOOR**<br>**Harrisburg, PA 17121** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **ABC Capital Investment, LLC** | Case number (if known) | **22-13060** |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Aadilal Williams**
**2235 Dickinson Street**
**Philadelphia, PA 19146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Civil Litigation in Phila. CCP marked as SD&E in May 2017**
**Listed for full disclosure**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**ADL Baltimore, LLC and Zahi & Dafna Levy**
**c/o Yarkoni, Dolinger, Katzav Law**
**8' Shaul Hamelech Street (Amot Mishpat)**
**Tel Avi, Israel 6473307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Non-Litigation Settlement - Defaulted on settlement**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Alick and Marianne Einav**
**4412 Jessamine Hollow**
**Austin, TX 78731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Civil Litigaiton, see SOFA**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$114,400.00**

**Alpha Capital Investments, LLC**
**1218 Marshall Street**
**Philadelphia, PA 19122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Civil Litigation, see SOFA**
**Trial Verdict in favor of Plaintiff on 3/4/2019**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Amanda Porter**
**823 Madison Street**
**Philadelphia, PA 19134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Civil Litigation, see SOFA**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**American Hynotherapy Society, LLC**
**1536 S. Marston Street**
**Philadelphia, PA 19146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Civil Litigation, see SOFA**
**Litigation consists of 33 separate Plaintiffs, all represented by the same legal counsel. All co-Plaintiffs and shared counsel are listed under additional Notice(s)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ABC Capital Investment, LLC** | Case number (if known) | **22-13060** |
| | Name | | |

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Anibal Orrico**
**c/o Gary Schafkopf, Esq.**
**11 Bala Avenue**
**Bala Cynwyd, PA 19004**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil Litigation, see SOFA**

**\*Litigation lists no address for creditor, complaint states attorneys are only party/address for notices; additionally, an internet search is negative for any address connected to this creditor**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**ASMBC Holdings, LLC**
**1030 NW 12th Ave., #312**
**Portland, OR 97219**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil Litigation, see SOFA**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Avelino Harbor LLC**
**c/o Gary Schafkopf, Esq.**
**11 Bala Avenue**
**Bala Cynwyd, PA 19004**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil Litigation, see SOFA under Orrico listing**
**see creditor address note under Orrico Schedule F listing**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Beca Real Estate LLC**
**14900 East Orange Lake Blvd. #441**
**Kissimmee, FL 34747**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil Litigation, see SOFA**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cheetah NR LLC**
**1218 Marshall Street**
**Philadelphia, PA 19122**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Pending Civil Litigation, see SOFA**
**Stayed due to BK filing**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,030,678.87**

**Complete Business Solutions Group**
**One Biscayne Tower**
**Two S. Biscayne Blvd., Ste. 1600**
**Miami, FL 33131**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Civil Litigation, see SOFA**
**Default Judgment entered**

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **ABC Capital Investment, LLC** | Case number (if known) | **22-13060** |
|---|---|---|---|
| | Name | | |

---

**3.13**

**Nonpriority creditor's name and mailing address**
**Delightful Bliss LLC**
**100 S. Broad Street, Ste. 1205**
**Philadelphia, PA 19110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil Litigation, see SOFA**
**Settled March 2022**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14**

**Nonpriority creditor's name and mailing address**
**Delta Fund 1 Phlly LLC**
**36 NE 1st Street, Ste. 621**
**Miami, FL 33132**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil Litigation, see SOFA under Oved listing**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15**

**Nonpriority creditor's name and mailing address**
**Denise Maddox**
**3619 N. 19th Ave.**
**Philadelphia, PA 19140**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil Litigation, see SOFA**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16**

**Nonpriority creditor's name and mailing address**
**Devorah Baker**
**1556 N. Felton Street**
**Philadelphia, PA 19151**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil Litigation, see SOFA**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17**

**Nonpriority creditor's name and mailing address**
**DGS Capital Investments**
**961 Teaneck Road**
**Teaneck, NJ 07666**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $40,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending Civil Litigation, see SOFA**
**Pre-Trial Con. March 6, 2023**
**May 2023 Trial Pool**
**\*Docket shows judgment entered for $40,000.00 on May 20, 2022**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18**

**Nonpriority creditor's name and mailing address**
**Doris Delorne**
**34 Westview Street**
**Philadelphia, PA 19119**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil Litigation, see SOFA**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19**

**Nonpriority creditor's name and mailing address**
**Dr. Jose Michan-Levy**
**38 S. Federal Highway #10-118**
**Dania, FL 33004**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil Litigation USEDPA, see sofa**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ABC Capital Investment, LLC** | Case number (if known) | **22-13060** |
|---|---|---|---|
| | Name | | |

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fund Delta 1 BAL, LLC**
**36 NE 1st Street, Ste. 621**
**Miami, FL 33132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Civil Litigation, see SOFA under Oved listing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gianluca Biagini**
**Via Catalani 9/A**
**Riccione, Italy**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Civil Litigation, see SOFA (Ginepri Litigation)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Giordano Ganeri**
**Via Magna Grecia 23**
**Paola, Italy**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Civil Litigation, see SOFA (Ginepri Litigation)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,250,000.00 |
|---|---|---|---|

**Harku Investments, LLC**
**325 N. St. Paul Street, Ste. 3100**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Civil Litigation, see SOFA**
**Judgment entered on 8/17/2022**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jameka Johnson**
**5624 N. 10th Street**
**Philadelphia, PA 19141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Civil Litigation in Phila. CCP marked discontinued in**
**September 2022**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Janet Womick**
**1272 Laurenwood Way**
**Littleton, CO 80129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Civil Litigation in Phila. CCP, marked as SD&E in**
**March 2020**
**Listed for full disclosure**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ABC Capital Investment, LLC** | Case number (if known) | **22-13060** |
|---|---|---|---|
| | Name | | |

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jasmine Moses**
**6116 Pine Street**
**Philadelphia, PA 19143**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil Litigation in Phila. CCP marked ast SD&E in March 2022**
**Listed for full disclosure**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Javier and Ariel Opoczynski**
**c/o Gary Schafkopf, Esq.**
**11 Bala Avenue**
**Bala Cynwyd, PA 19004**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil Litigation, see SOFA**
**see address note in Schedule F listing for Orricco**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jazlynn Small**
**1538 S. 17th Street**
**Philadelphia, PA 19146**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil Litigation, see SOFA**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,666.66**

**Karl Wilson**
**225 South Alden Street**
**Philadelphia, PA 19139**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil Litigation, see SOFA**
**Award of Arbitrators, 4/20/2018**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.00**

**Kenisha Mathis**
**2219 W Lehigh Ave**
**Philadelphia, PA 19132**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Litigation, see SOFA**
**Damages Assessed by Court**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**KREMBO08, LLC**
**219 Jefferson Street**
**Bala Cynwyd, PA 19004**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **See listing for creditor Omer Dekel**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kuhar Investments, LLC**
**325 N. St. Paul Street, Ste. 3100**
**Dallas, TX 75201**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil Litigation, see SOFA and listintg for Harku**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ABC Capital Investment, LLC** | Case number (if known) | **22-13060** |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address
**La Aventura LLC**
**175 SW 7th Street, Ste. 2110**
**Miami, FL 33130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil Litigation, see SOFA**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address
**Lawrence Chen**
**144 English Street**
**Glen Ridge, NJ 07028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil Litigation, see SOFA (Delightful Bliss case)**
**Settled March 2022**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address
**Leonora Battle**
**477 Cobbs Creek Pky**
**Philadelphia, PA 19143**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $50,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil Litigation, see SOFA**
**Arbitration Award**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address
**Lifelight Group LLC**
**38 S. Federal Highway, #10-118**
**Dania, FL 33004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil Litigation, see listing for Creditor Michan-Levy**
**and SOFA**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address
**Luen IPP, LLC**
**2008 North Dukeland Street**
**Baltimore, MD 21216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Settlement prior to litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address
**Mardu Holdings**
**1602 NE 205th Terrace**
**Miami, FL 33179**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil Litigation, see SOFA**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address
**Mary Fritz**
**6040 N. 2nd Street**
**Philadelphia, PA 19140**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil Litigation, Personal Injury, see SOFA (2 matters)**
**Default Judgment Entered against Debtor, no assessment of**
**damages entered**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ABC Capital Investment, LLC** | Case number (if known) | **22-13060** |
|---|---|---|---|
| | Name | | |

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Maurice Turner**
**3813 Melon Street**
**Philadelphia, PA 19104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Civil Litigation, see SOFA**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$351,146.00**

**Meushar Investments, LLC**
**1218 Marshall Street**
**Philadelphia, PA 19122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Pending Civil Litigation, see SOFA**
**Pre-Trial Con. listed on 12/7/2022, adjourned due to BK filing**
***Docket Shows Default Judgment entered on 2/24/2021**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**NANI01 LLC**
**219 Jefferson Street**
**Bala Cynwyd, PA 19004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **See listing for creditor Omer Dekel**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**NISIM Properties LLC**
**67 Ben Gurion Avenue**
**Tel Aviv, Israel**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Civil Litigation, see SOFA**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Nova Home Group, LLC**
**c/o Gary Schafkopf, Esq.**
**11 Bala Avenue**
**Bala Cynwyd, PA 19004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Civil Litigation, see SOFA**
**see address note under Schedule F creditor Orricco**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$117,000.00**

**Omer Dekel**
**219 Jefferson Street**
**Bala Cynwyd, PA 19004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Civil Litigation, see SOFA**
**Judgment entered ohn 7/14/2022**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Orlando Marasco**
**Via Predil 22 Int. 11**
**Rimini, Italy**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Civil Litigation, see SOFA (Ginepri Litigation)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ABC Capital Investment, LLC** | Case number (if known) | **22-13060** |
|---|---|---|---|
| | Name | | |

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Philadelphia Investments VVD LLC**
**c/o Ryan N. Boland, Esq.**
**1801 Market Street, Ste. 2300**
**Ten Penn Center**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Pending Civil Litigation, see SOFA**
**Same counsel also represents other parties listed as Plaintiffs (La**
**Aventura LLC, JV Baltimore Tres LLC, JV Baltimore Philly DOS LLC)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Philly 83 Properties and Go Properties**
**100 S. Broad Street, #920**
**Philadelphia, PA 19110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Civil Litigation, see SOFA**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**PQ Investments LLC**
**180 Riverside Blvd., Apt. 34E**
**New York, NY 10069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Civil Litigation, see SOFA**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Prestina Murray**
**6746 Linmore Ave.**
**Philadelphia, PA 19142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Civil Litigation, see SOFA**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**QBE Insurance Corp.**
**P.O. Box 5438**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Civil Litigation, see SOFA**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Rahsheedah Carn**
**5830 Arch Street**
**Philadelphia, PA 19139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Civil Litigation, see SOFA**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$115,940.00**

**RBT LLC**
**1218 Marshall Street**
**Philadelphia, PA 19122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Civil Litigation, see SOFA**
**Damages Assessed by Court on 3/28/2022**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ABC Capital Investment, LLC** | Case number (if known) | **22-13060** |
|---|---|---|---|
| | Name | | |

---

**3.54** | Nonpriority creditor's name and mailing address
**RD Basis LLC**
**1218 North Marshall Street**
**Philadelphia, PA 19125-2000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil Litigation Phila. CCP, marked SD&E in February 2022**
**List for full disclosure**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address
**Ricardo Oved**
**36 NE 1st Street, Ste. 621**
**Miami, FL 33132**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil Litigation, see SOFA**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address
**Rinaldo Ripa**
**Via Sirio 4**
**Rimini, Italy**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil Litigation, see SOFA (Ginepri Litigation)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address
**Romina Ginepri**
**Via Simonini 21**
**Rimini, Italy**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   Unknown
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Civil Litigation, see SOFA**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address
**Rosa Correa and Michael Hamilton**
**7110 Grays Avenue**
**Philadelphia, PA 19143**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil Litigation, see SOFA**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address
**RS Capital Investments, LLC**
**701 S. 50th Street, 3rd Floor**
**Philadelphia, PA 19143**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil Litigation, see SOFA**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address
**Segal Investments LLC**
**1218 Marshall Street**
**Philadelphia, PA 19122**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil Litigation, see SOFA and Creditor Meushar**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ABC Capital Investment, LLC** | Case number (*if known*) | **22-13060** |
|---|---|---|---|
| | Name | | |

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sergio Dimeo**
**Via Conca D'Oro 238/N**
**Roma, Italy**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Civil Litigation, see SOFA (Ginepri Litigation)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shanai Gray**
**5402 Wilows Ave.**
**Philadelphia, PA 19143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Civil Litigation, see SOFA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shawnee Jones aka Luck Dragon LLC**
**10425 Hills Road**
**Mendocino, CA 95460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Civil Litigation, see SOFA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Shilomy Erba**
**67 Ben Gurion Avenue**
**Tel Aviv, Israel**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Civil Litigation, see SOFA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Siena Ventures LLC**
**576 Valley Road #311**
**Wayne, NJ 07470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Civil Litigation, see SOFA**
**Filed in Phila CCP and removed to USDEDPA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tamitra Foreman**
**2029 West Cambria Street**
**Philadelphia, PA 19132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Civil Litigation, see SOFA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Terrence Johnson**
**5547 Hazel Avenue**
**Philadelphia, PA 19143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Civil Litigation, see SOFA**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ABC Capital Investment, LLC** | Case number (if known) | **22-13060** |
|---|---|---|---|
| | Name | | |

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Tzipora LLC**
**c/o Gary Schafkopf**
**11 Bala Avenue.**
**Bala Cynwyd, PA 19004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Civil Litigation, see SOFA listing for Opoczynski see address note under Schedule F listing for Orricco**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**VAS US LP**
**107 S. 2nd Street, 3rd Floor**
**Philadelphia, PA 19106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Civil Litigation, see SOFA**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Vera Dupriest**
**7344 Drexel Road**
**Philadelphia, PA 19151**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Civil Litigation in Phila. CCP market as SD&E in March 2022**
**List for full disclosure**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Warner Dwelling, LLC**
**1598 Canal Road**
**Clinton Township, MI 48038**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Civil Litigation, see SOFA**
**Settled in March 2022**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $267,383.73 |

**Winston Robinson**
**250 West Oxford Street**
**Philadelphia, PA 19122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Civil Litigation, see SOFA**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $233,651.35 |

**World Consulting 2018, LLC**
**11402 NW 41st Street, Ste. 211**
**Miami, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Civil Litigation, see SOFA**
**Confession of Judgment entered on 6/22/2021 and 2/3/2021**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ABC Capital Investment, LLC** | | Case number (if known) | **22-13060** |
|---|---|---|---|---|
| | Name | | | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Yaviv Investments and Toolip Real Estate**<br>**23/3 M. Shoam Street**<br>**Tel Aviv, Israel** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Civil Litigaiton, see SOFA (2 matters)** | |
| | Last 4 digits of account number _ | **Matter withdrawn w/o prejudice in May 2020** | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$260,758.70** |
|---|---|---|---|
| | **Zinwin Investors, LLC**<br>**404 Levering Mill Road**<br>**Bala Cynwyd, PA 19004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Civil Litigation, see SOFA** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Adam E. Grutzmacher, Esq.**<br>**1617 JFK Blvd, Ste. 355**<br>**Philadelphia, PA 19103** | Line  **3.15**<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | **Alan F. Galerman, Esq.**<br>**2 Penn Center, Ste. 1120**<br>**1500 JFK Blvd.**<br>**Philadelphia, PA 19102** | Line  **3.66**<br><br>☐  Not listed. Explain ____ | _ |
| 4.3 | **Alexander Moretsky, Esq.**<br>**2617 Huntingdon Pike**<br>**Huntingdon Valley, PA 19006** | Line  **3.53**<br><br>☐  Not listed. Explain ____ | _ |
| 4.4 | **Alexander Moretsky, Esq.**<br>**2617 Huntingdon Pike**<br>**Huntingdon Valley, PA 19006** | Line  **3.54**<br><br>☐  Not listed. Explain ____ | _ |
| 4.5 | **Alexander Moretsky, Esq.**<br>**2617 Huntingdon Pike**<br>**Huntingdon Valley, PA 19006** | Line  **3.75**<br><br>☐  Not listed. Explain ____ | _ |
| 4.6 | **Alexander Moretsky, Esq.**<br>**2617 Huntingdon Pike**<br>**Huntingdon Valley, PA 19006** | Line  **3.59**<br><br>☐  Not listed. Explain ____ | _ |
| 4.7 | **Alphabet Philly, LLC**<br>**4850 N. Brown Street**<br>**Philadelphia, PA 19139** | Line  **3.6**<br><br>☐  Not listed. Explain ____ | **Additional Litigation Creditor** |

| Debtor | **ABC Capital Investment, LLC** | Case number (if known) | **22-13060** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.8 | **Bestview LLC**<br>**6111 Wheeler Street**<br>**Philadelphia, PA 19142** | Line **3.6**<br><br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |
| 4.9 | **Brian D. Boyle, Esq.**<br>**1500 Market Street, Ste. 4100**<br>**Centre Square, West Tower**<br>**Philadelphia, PA 19120** | Line **3.28**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Burwood International Investment LLC**<br>**2934 Ringgold Street**<br>**Philadelphia, PA 19132** | Line **3.6**<br><br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |
| 4.11 | **Colin J. Schwartz, Esq.**<br>**Post & Schell**<br>**1600 JFK Blvd., 15th Floor**<br>**Philadelphia, PA 19103** | Line **3.67**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **D&E HK Company LLC**<br>**38 North Frazier Street**<br>**Philadelphia, PA 19139** | Line **3.6**<br><br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |
| 4.13 | **Daniel S. Orlow, Esq.**<br>**Console Mattiaci Law, LLC**<br>**1525 Locust Street, 9th Floor**<br>**Philadelphia, PA 19102** | Line **3.72**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Daniel Urevick-Ackelsberg, Esq.**<br>**Public Interest Law Centers**<br>**1709 Ben Franklin Parkway, 2nd Floor**<br>**Philadelphia, PA 19103** | Line **3.58**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Daniel Wechsler, Esq.**<br>**Amato & Keating, P.C.**<br>**107 North Commerce Way, Ste. 100**<br>**PA 18107** | Line **3.51**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **David M. Maselli, Esq.**<br>**Leonard K Hill & Assoc.**<br>**1700 Market Street, Ste. 3150**<br>**Philadelphia, PA 19103** | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **David S. Jaffe, Esq.**<br>**Schatz & Steinberg, P.C.**<br>**1500 JFK Blvd., Ste. 1300**<br>**Philadelphia, PA 19102** | Line **3.25**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **David T. Schulick Esq.**<br>**1500 JFK Blvd, Ste. 1110**<br>**Philadelphia, PA 19102** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **David T. Schulick Esq.**<br>**1500 JFK Blvd, Ste. 1110**<br>**Philadelphia, PA 19102** | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **ABC Capital Investment, LLC** | Case number (if known) | **22-13060** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.20 | **Eddie Luk Investments, LLC**<br>**2955 N. Bambrey Street**<br>**Philadelphia, PA 19132** | Line **3.6**<br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |
| 4.21 | **Fortune Well LLC**<br>**5561 Chancellor Street**<br>**Philadelphia, PA 19139** | Line **3.6**<br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |
| 4.22 | **Gaetan J. Alfano, Esq.**<br>**1818 Market Street, Ste. 3402**<br>**Philadelphia, PA 19103** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Gary L. Bailey Jr.**<br>**1500 Walnut Street, Ste. 204**<br>**Philadelphia, PA 19102** | Line **3.35**<br>☐ Not listed. Explain ____ | _ |
| 4.24 | **Gary Schafkopf, Esq.**<br>**11 Bala Avenue**<br>**Bala Cynwyd, PA 19004** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.25 | **Gary Schafkopf, Esq.**<br>**11 Bala Avenue**<br>**Bala Cynwyd, PA 19004** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |
| 4.26 | **Gary Schafkopf, Esq.**<br>**11 Bala Avenue**<br>**Bala Cynwyd, PA 19004** | Line **3.55**<br>☐ Not listed. Explain ____ | _ |
| 4.27 | **Gary Schafkopf, Esq.**<br>**11 Bala Avenue**<br>**Bala Cynwyd, PA 19004** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.28 | **Gary Schafkopf, Esq.**<br>**11 Bala Avenue**<br>**Bala Cynwyd, PA 19004** | Line **3.20**<br>☐ Not listed. Explain ____ | _ |
| 4.29 | **George A. Donnelly IV, Esq.**<br>**2 Penn Center**<br>**1500 JFK Blvd., Ste. 802**<br>**Philadelphia, PA 19103** | Line **3.30**<br>☐ Not listed. Explain ____ | _ |
| 4.30 | **George A. Donnelly IV, Esq.**<br>**2 Penn Center**<br>**1500 JFK Blvd., Ste. 802**<br>**Philadelphia, PA 19103** | Line **3.58**<br>☐ Not listed. Explain ____ | _ |
| 4.31 | **InvestRealty II, LLC**<br>**1428 W. York Street**<br>**Philadelphia, PA 19132** | Line **3.6**<br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |
| 4.32 | **InvestRealty III, LLC**<br>**5716 Commerce Street**<br>**Philadelphia, PA 19139** | Line **3.6**<br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |

| Debtor | **ABC Capital Investment, LLC** | | Case number (if known) | **22-13060** |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.33 | **IP Golbal Investment, LLC**<br>**1830 E. Airdrie Street**<br>**Philadelphia, PA 19124** | Line **3.6**<br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |
| 4.34 | **J. Fine Law Group**<br>**1628 JFK Blvd, Ste. 2120**<br>**Philadelphia, PA 19103** | Line **3.39**<br>☐ Not listed. Explain ____ | _ |
| 4.35 | **Jay M. Borowsky, Esq.**<br>**1635 Market Street, Ste. 1600**<br>**Philadelphia, PA 19103** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.36 | **JD CPW, LLC**<br>**1955 73rd Street**<br>**Philadelphia, PA 19138** | Line **3.6**<br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |
| 4.37 | **Jeffrey Katz, Esq.**<br>**KBK Law Group**<br>**100 S. Broad Street, Ste. 1208**<br>**Philadelphia, PA 19102** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.38 | **Jeffrey Katz, Esq.**<br>**KBK Law Group**<br>**100 S. Broad Street, Ste. 1208**<br>**Philadelphia, PA 19102** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.39 | **Jeffrey Katz, Esq.**<br>**KBK Law Group**<br>**100 S. Broad Street, Ste. 1208**<br>**Philadelphia, PA 19102** | Line **3.71**<br>☐ Not listed. Explain ____ | _ |
| 4.40 | **Jeffrey Katz, Esq.**<br>**KBK Law Group**<br>**100 S. Broad Street, Ste. 1208**<br>**Philadelphia, PA 19102** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.41 | **Jeffrey Katz, Esq.**<br>**KBK Law Group**<br>**100 S. Broad Street, Ste. 1208**<br>**Philadelphia, PA 19102** | Line **3.34**<br>☐ Not listed. Explain ____ | _ |
| 4.42 | **Jeffrey Katz, Esq.**<br>**KBK Law Group**<br>**100 S. Broad Street, Ste. 1208**<br>**Philadelphia, PA 19102** | Line **3.63**<br>☐ Not listed. Explain ____ | _ |
| 4.43 | **Jeffrey Katz, Esq.**<br>**KBK Law Group**<br>**100 S. Broad Street, Ste. 1208**<br>**Philadelphia, PA 19102** | Line **3.48**<br>☐ Not listed. Explain ____ | _ |
| 4.44 | **Jeffrey Katz, Esq.**<br>**KBK Law Group**<br>**100 S. Broad Street, Ste. 1208**<br>**Philadelphia, PA 19102** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **ABC Capital Investment, LLC** | | Case number (if known) | **22-13060** |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.45 | **Jeffrey Katz, Esq.**<br>**KBK Law Group**<br>**100 S. Broad Street, Ste. 1208**<br>**Philadelphia, PA 19102** | Line **3.28**<br><br>☐ Not listed. Explain ____ | _ |
| 4.46 | **Jessie Investment LLC**<br>**5930 Belmar Street**<br>**Philadelphia, PA 19143** | Line **3.6**<br><br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |
| 4.47 | **Joseph V. Cardona, Esq.**<br>**1617 JFK Blvd, Ste. 1290**<br>**Philadelphia, PA 19103** | Line **3.62**<br><br>☐ Not listed. Explain ____ | _ |
| 4.48 | **Joshua Feissner, Esq.**<br>**1515 Arch Street, 14th Floor**<br>**Philadelphia, PA 19102** | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |
| 4.49 | **Joshua S. Boyette, Esq.**<br>**Swartz Swidler, LLC**<br>**1101 Kings Highway North, Ste. 402**<br>**Grenloch, NJ 08032** | Line **3.64**<br><br>☐ Not listed. Explain ____ | _ |
| 4.50 | **Joshua S. Boyette, Esq.**<br>**Swartz Swidler, LLC**<br>**1101 Kings Highway North, Ste. 402**<br>**Grenloch, NJ 08032** | Line **3.43**<br><br>☐ Not listed. Explain ____ | _ |
| 4.51 | **JV Baltimore Philly DOS LLC**<br>**1714 Memphis Street, Ste. C**<br>**Philadelphia, PA 19125** | Line **3.33**<br><br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |
| 4.52 | **JV Baltimore Tres LLC**<br>**100 International Drive, 23rd Floor**<br>**Baltimore, MD 21202** | Line **3.33**<br><br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |
| 4.53 | **Keith Cohen, Esq.**<br>**Office Court at Blue Bell**<br>**593 Skippack Pike, Ste. 200**<br>**Blue Bell, PA 19422** | Line **3.49**<br><br>☐ Not listed. Explain ____ | _ |
| 4.54 | **Kierstin M. Lange, Esq.**<br>**Zarwin Baum**<br>**2005 Market Street, 16th Floor**<br>**Philadelphia, PA 19103** | Line **3.23**<br><br>☐ Not listed. Explain ____ | _ |
| 4.55 | **Kierstin M. Lange, Esq.**<br>**Zarwin Baum**<br>**2005 Market Street, 16th Floor**<br>**Philadelphia, PA 19103** | Line **3.32**<br><br>☐ Not listed. Explain ____ | _ |
| 4.56 | **Lance Rogers, Esq.**<br>**26 East Athens Ave.**<br>**Ardmore, PA 19003** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **ABC Capital Investment, LLC** | Case number (if known) | **22-13060** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| 4.57 | **Land Winner**<br>**521 N. 58th Street**<br>**Philadelphia, PA 19131** | Line **3.6**<br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |

| 4.58 | **Lawrence Simple Homes, LLC**<br>**5715 Malcolm Street**<br>**Philadelphia, PA 19143** | Line **3.6**<br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |

| 4.59 | **Lento Law Group**<br>**1500 Walnut Street, Ste. 500**<br>**Philadelphia, PA 19102** | Line **3.40**<br>☐ Not listed. Explain ____ | _ |

| 4.60 | **Leonard K. Hill, Esq.**<br>**1700 Market Street, Ste. 3150**<br>**Philadelphia, PA 19103** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |

| 4.61 | **Louis B. Himmelstein, Esq.**<br>**1420 Walnut Street, Ste. 1000**<br>**Philadelphia, PA 19102** | Line **3.50**<br>☐ Not listed. Explain ____ | _ |

| 4.62 | **Louis B. Himmelstein, Esq.**<br>**1420 Walnut Street, Ste. 1000**<br>**Philadelphia, PA 19102** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |

| 4.63 | **Loveg LLC**<br>**1332 North 59th Street**<br>**Philadelphia, PA 19151** | Line **3.6**<br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |

| 4.64 | **LPES Invesments, LLC**<br>**1153 S. 54th Street**<br>**Philadelphia, PA 19143** | Line **3.6**<br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |

| 4.65 | **Mana International, LLC**<br>**1438 N. 27th Street**<br>**Philadelphia, PA 19121** | Line **3.6**<br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |

| 4.66 | **Marc F. Greenfield, Esq.**<br>**Two Penn Center Plaza**<br>**1500 JFK Blvd., Ste 200**<br>**Philadelphia, PA 19102** | Line **3.62**<br>☐ Not listed. Explain ____ | _ |

| 4.67 | **Marc F. Greenfield, Esq.**<br>**Two Penn Center Plaza**<br>**1500 JFK Blvd., Ste 200**<br>**Philadelphia, PA 19102** | Line **3.52**<br>☐ Not listed. Explain ____ | _ |

| 4.68 | **Marc F. Greenfield, Esq.**<br>**Two Penn Center Plaza**<br>**1500 JFK Blvd., Ste 200**<br>**Philadelphia, PA 19102** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |

| 4.69 | **Mattew L. Fink, Esq.**<br>**1515 Arch Street, 14th Floor**<br>**Philadelphia, PA 19102** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **ABC Capital Investment, LLC** | Case number (if known) | **22-13060** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.70 **Matthew B. Weisberg, Esq.**<br>**7 South Morton Ave.**<br>**Morton, PA 19070** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.71 **Matthew B. Weisberg, Esq.**<br>**7 South Morton Ave.**<br>**Morton, PA 19070** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |
| 4.72 **Matthew B. Weisberg, Esq.**<br>**7 South Morton Ave.**<br>**Morton, PA 19070** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.73 **Matthew B. Weisberg, Esq.**<br>**7 South Morton Ave.**<br>**Morton, PA 19070** | Line **3.27**<br>☐ Not listed. Explain ____ | _ |
| 4.74 **Matthew B. Weisberg, Esq.**<br>**7 South Morton Ave.**<br>**Morton, PA 19070** | Line **3.68**<br>☐ Not listed. Explain ____ | _ |
| 4.75 **Matthew B. Weisberg, Esq.**<br>**7 South Morton Ave.**<br>**Morton, PA 19070** | Line **3.44**<br>☐ Not listed. Explain ____ | _ |
| 4.76 **Matthew B. Weisberg, Esq.**<br>**7 South Morton Ave.**<br>**Morton, PA 19070** | Line **3.55**<br>☐ Not listed. Explain ____ | _ |
| 4.77 **Matthew B. Weisberg, Esq.**<br>**7 South Morton Ave.**<br>**Morton, PA 19070** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.78 **Matthew B. Weisberg, Esq.**<br>**7 South Morton Ave.**<br>**Morton, PA 19070** | Line **3.20**<br>☐ Not listed. Explain ____ | _ |
| 4.79 **Matthew S. Olesh Esq.**<br>**1500 Market Street, Ste. 3400**<br>**Centre Sq. West**<br>**Philadelphia, PA 19102** | Line **3.41**<br>☐ Not listed. Explain ____ | _ |
| 4.80 **Matthew S. Olesh Esq.**<br>**1500 Market Street, Ste. 3400**<br>**Centre Sq. West**<br>**Philadelphia, PA 19102** | Line **3.60**<br>☐ Not listed. Explain ____ | _ |
| 4.81 **Matthew White, Esq.**<br>**Ballard Spahr, LLP**<br>**1735 Market Street, 51st Floor**<br>**Philadelphia, PA 19103** | Line **3.58**<br>☐ Not listed. Explain ____ | _ |
| 4.82 **Michael Broadhurst, Esq.**<br>**The Widener Bldg.**<br>**1339 Chestnut Street, Ste. 500**<br>**Philadelphia, PA 19107** | Line **3.38**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **ABC Capital Investment, LLC** | | Case number (if known) | **22-13060** |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.83 | **Michael J. Revness, Esquire**<br>**Kurtz & Revness PC**<br>**Three Glenhardie Corporate Center**<br>**1265 Drummers Lane, Ste. 120**<br>**Wayne, PA 19087** | Line **3.69**<br><br>☐ Not listed. Explain ____ | _ |
| 4.84 | **Michael Patrick Murphy, Jr., Esq.**<br>**Eight Penn Center, Ste. 2000**<br>**1628 JFK Blvd**<br>**Philadelphia, PA 19103** | Line **3.72**<br><br>☐ Not listed. Explain ____ | _ |
| 4.85 | **Mu'Min F. Islam, Esq.**<br>**MFI Law Group, PLLC**<br>**7433 Limekiln Pike, Ste. 210**<br>**Philadelphia, PA 19138** | Line **3.6**<br><br>☐ Not listed. Explain ____ | **Attorney for all c reditors** |
| 4.86 | **Nadiahon, LLC**<br>**4357 N. 7th Street**<br>**Philadelphia, PA 19140** | Line **3.6**<br><br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |
| 4.87 | **Orville R. Walls, III, Esq.**<br>**P.O. Box 258829**<br>**Oklahoma City, OK 73125** | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |
| 4.88 | **Peter H. Levan, Jr., Esq.**<br>**One Liberty Place**<br>**1650 Market Street, Ste. 3600**<br>**Philadelphia, PA 19103** | Line **3.65**<br><br>☐ Not listed. Explain ____ | _ |
| 4.89 | **Philadelphia Investments VVD LLC**<br>**175 SW 7th Street, Ste. 2110**<br>**Miami, FL 33130** | Line **3.33**<br><br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |
| 4.90 | **Plaintiff CAN Solution, LLC**<br>**2030 Plum Street**<br>**Philadelphia, PA 19124** | Line **3.6**<br><br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |
| 4.91 | **PLES Investments, LLC**<br>**5213 Westminster Avenue**<br>**Philadelphia, PA 19131** | Line **3.6**<br><br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |
| 4.92 | **PR Forever Win, LLC**<br>**6345 Wheeler Street**<br>**Philadelphia, PA 19142** | Line **3.6**<br><br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |
| 4.93 | **Richard Barzaga, Esq.**<br>**1515 Arch Street, 14th Floor**<br>**Philadelphia, PA 19102** | Line **3.67**<br><br>☐ Not listed. Explain ____ | _ |
| 4.94 | **Richard E. Chesney Jr.**<br>**Hardin Thompson**<br>**123 South Broad Street, Ste 2235**<br>**Philadelphia, PA 19109** | Line **3.62**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **ABC Capital Investment, LLC** | | Case number (if known) | **22-13060** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |
| 4.95 **Richard J. Hunigman, Esq.**<br>**P.O. Box 2167**<br>**West Chester, PA 19380** | Line **3.28**<br>☐ Not listed. Explain ____ | _ |
| 4.96 **Richardo Unikel, Esquire**<br>**610 Old York Road, Ste. 400**<br>**Jenkintown, PA 19046** | Line **3.74**<br>☐ Not listed. Explain ____ | _ |
| 4.97 **Richardo Unikel, Esquire**<br>**610 Old York Road, Ste. 400**<br>**Jenkintown, PA 19046** | Line **3.49**<br>☐ Not listed. Explain ____ | _ |
| 4.98 **Robert Disandro, Esq.**<br>**1760 Market St., Ste. 1201**<br>**Philadelphia, PA 19103** | Line **3.24**<br>☐ Not listed. Explain ____ | _ |
| 4.99 **Ryan N. Boland, Esq.**<br>**Offit Kurman PA**<br>**Ten Penn Center**<br>**1801 Market Street, Ste. 2300**<br>**Philadelphia, PA 19103** | Line **3.73**<br>☐ Not listed. Explain ____ | _ |
| 4.100 **Ryan N. Boland, Esq.**<br>**Offit Kurman PA**<br>**Ten Penn Center**<br>**1801 Market Street, Ste. 2300**<br>**Philadelphia, PA 19103** | Line **3.33**<br>☐ Not listed. Explain ____ | _ |
| 4.101 **Samfield LLC**<br>**311 E. Albanus Street**<br>**Philadelphia, PA 19120** | Line **3.6**<br>☐ Not listed. Explain ____ | <u>Additional</u> <u>Litigation</u> <u>Creditor</u> |
| 4.102 **Sean S. Litz, Esq.**<br>**Two Logan Square**<br>**100 N. 18th Street, Ste. 710**<br>**Philadelphia, PA 19103** | Line **3.45**<br>☐ Not listed. Explain ____ | _ |
| 4.103 **Sean S. Litz, Esq.**<br>**Two Logan Square**<br>**100 N. 18th Street, Ste. 710**<br>**Philadelphia, PA 19103** | Line **3.42**<br>☐ Not listed. Explain ____ | _ |
| 4.104 **Sean S. Litz, Esq.**<br>**Two Logan Square**<br>**100 N. 18th Street, Ste. 710**<br>**Philadelphia, PA 19103** | Line **3.31**<br>☐ Not listed. Explain ____ | _ |
| 4.105 **SELP Investments, LLC**<br>**5624 North 10th Street**<br>**Philadelphia, PA 19141** | Line **3.6**<br>☐ Not listed. Explain ____ | <u>Additional</u> <u>Litigation</u> <u>Creditor</u> |
| 4.106 **Sheldon Kivell, Esq.**<br>**1515 Arch Street, 14th Floor**<br>**Philadelphia, PA 19102** | Line **3.28**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **ABC Capital Investment, LLC** | | Case number (if known) | **22-13060** |
|---|---|---|---|---|
| | Name | | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.107 **Sidney Shuay**<br>**33 Avignon Drive**<br>**Morris Plains, NJ 07950** | Line **3.6**<br><br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |
| 4.108 **Standing Moai Investment**<br>**853 N. 47th Street**<br>**Philadelphia, PA 19139** | Line **3.6**<br><br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |
| 4.109 **Stanley J. Ellenberg, Esq.**<br>**1500 JFK Blvd, Ste. 1825**<br>**Philadelphia, PA 19102** | Line **3.57**<br><br>☐ Not listed. Explain ____ | _ |
| 4.110 **Stanley J. Ellenberg, Esq.**<br>**1500 JFK Blvd, Ste. 1825**<br>**Philadelphia, PA 19102** | Line **3.61**<br><br>☐ Not listed. Explain ____ | _ |
| 4.111 **Stanley J. Ellenberg, Esq.**<br>**1500 JFK Blvd, Ste. 1825**<br>**Philadelphia, PA 19102** | Line **3.46**<br><br>☐ Not listed. Explain ____ | _ |
| 4.112 **Stanley J. Ellenberg, Esq.**<br>**1500 JFK Blvd, Ste. 1825**<br>**Philadelphia, PA 19102** | Line **3.56**<br><br>☐ Not listed. Explain ____ | _ |
| 4.113 **Stanley J. Ellenberg, Esq.**<br>**1500 JFK Blvd, Ste. 1825**<br>**Philadelphia, PA 19102** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |
| 4.114 **Stanley J. Ellenberg, Esq.**<br>**1500 JFK Blvd, Ste. 1825**<br>**Philadelphia, PA 19102** | Line **3.22**<br><br>☐ Not listed. Explain ____ | _ |
| 4.115 **Steven L. Chung, Esq.**<br>**1515 Market Street, Ste. 910**<br>**Philadelphia, PA 19102** | Line **3.67**<br><br>☐ Not listed. Explain ____ | _ |
| 4.116 **Steven Lipschutz, Esq.**<br>**1800 John F. Kennedy Blvd, 11th Floor**<br>**Philadelphia, PA 19103** | Line **3.70**<br><br>☐ Not listed. Explain ____ | _ |
| 4.117 **Steven M. Lipschutz, Esq.**<br>**1800 John F. Kennedy Blvd., 11th Floor**<br>**Philadelphia, PA 19103** | Line **3.28**<br><br>☐ Not listed. Explain ____ | _ |
| 4.118 **Steven N. Cherry, Esq.**<br>**Mintzer, Sarowitz, Zeris**<br>**Centre Square, West Tower**<br>**1500 Market Street, Ste. 4100**<br>**Philadelphia, PA 19102** | Line **3.62**<br><br>☐ Not listed. Explain ____ | _ |
| 4.119 **Stuart A. Carpey, Esq.**<br>**600 W. Germantown Pike, Ste. 400**<br>**Plymouth Meeting, PA 19462** | Line **3.29**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **ABC Capital Investment, LLC** | Case number (if known) | **22-13060** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.120 | **Tinwan Company, LLC**<br>**1944 East Birch Street**<br>**Philadelphia, PA 19134** | Line **3.6**<br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |
| 4.121 | **Todd B. Jacobs, Esq.**<br>**30 S. 17th Street, Ste. 810**<br>**Philadelphia, PA 19103** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.122 | **Touch Blessing, LLC**<br>**2612 S. Bonaffon Street**<br>**Philadelphia, PA 19142** | Line **3.6**<br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |
| 4.123 | **Tout USA, LLC**<br>**1617 Wakeling Street**<br>**Philadelphia, PA 19124** | Line **3.6**<br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |
| 4.124 | **Vania Bright, LLC**<br>**5441 Spruce Street**<br>**Philadelphia, PA 19139** | Line **3.6**<br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |
| 4.125 | **Whole Win Assests**<br>**121 N. Vogdes Street**<br>**Philadelphia, PA 19139** | Line **3.6**<br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |
| 4.126 | **Whole Win Capital, LLC**<br>**3629 North Bouvier Street**<br>**Philadelphia, PA 19140** | Line **3.6**<br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |
| 4.127 | **Wind See LLC**<br>**4931 Hoopes Street**<br>**Philadelphia, PA 19139** | Line **3.6**<br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |
| 4.128 | **YL Tang Co., LLC**<br>**4851 North Hutchinson Street**<br>**Philadelphia, PA 19141** | Line **3.6**<br>☐ Not listed. Explain ____ | **Additional Litigation Creditor** |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                    128,033.15 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 3,839,325.31 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $                 3,967,358.46 |