**Fill in this information to identify the case:**

Debtor name   **ABC Capital Investment, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **22-13060**

☒ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors 12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **477 International Investments, LLC** | | **World Consulting 2018, LLC** | ☐ D _____ <br> ☒ E/F __3.73__ <br> ☐ G _____ |
| 2.2 | **477 International Management LLC** | | **Philadelphia Investments VVD LLC** | ☐ D _____ <br> ☒ E/F __3.47__ <br> ☐ G _____ |
| 2.3 | **477 International Realty LLC** | | **Philadelphia Investments VVD LLC** | ☐ D _____ <br> ☒ E/F __3.47__ <br> ☐ G _____ |
| 2.4 | **477 International Realty, LLC** | | **World Consulting 2018, LLC** | ☐ D _____ <br> ☒ E/F __3.73__ <br> ☐ G _____ |
| 2.5 | **477 International Realty, LLC** | | **Harku Investments, LLC** | ☐ D _____ <br> ☒ E/F __3.23__ <br> ☐ G _____ |

Official Form 206H   Schedule H: Your Codebtors   Page 1 of 18

Debtor **ABC Capital Investment, LLC**     Case number *(if known)* **22-13060**

**Additional Page to List More Codebtors**
Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **477 Management LLC** | | **Harku Investments, LLC** | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |
| 2.7 | **ABC Capital Baltimore LLC** | | **World Consulting 2018, LLC** | ☐ D _____<br>■ E/F __3.73__<br>☐ G _____ |
| 2.8 | **ABC Capital Baltimore LLC** | | **Philadelphia Investments VVD LLC** | ☐ D _____<br>■ E/F __3.47__<br>☐ G _____ |
| 2.9 | **ABC Capital Baltimore, LLC** | 3604 Eastern Ave.<br>Baltimore, MD 21224 | **Meushar Investments, LLC** | ☐ D _____<br>■ E/F __3.41__<br>☐ G _____ |
| 2.10 | **ABC Capital Miami LLC** | | **World Consulting 2018, LLC** | ☐ D _____<br>■ E/F __3.73__<br>☐ G _____ |
| 2.11 | **ABC Capital Miami LLC** | | **Philadelphia Investments VVD LLC** | ☐ D _____<br>■ E/F __3.47__<br>☐ G _____ |
| 2.12 | **ABC Capital Miami, LLC** | | **Harku Investments, LLC** | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |
| 2.13 | **ABC Capital RE** | | **Harku Investments, LLC** | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |

| Debtor | **ABC Capital Investment, LLC** | Case number *(if known)* | **22-13060** |
|---|---|---|---|

**Additional Page to List More Codebtors**
*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **ABC Capital RE LLC** | **Philadelphia Investments VVD LLC** | ☐ D ____<br>■ E/F __3.47__<br>☐ G ____ |
| 2.15 | **ABC Capital RE LTD** | **World Consulting 2018, LLC** | ☐ D ____<br>■ E/F __3.73__<br>☐ G ____ |
| 2.16 | **ABC Capital RE LTD** | **Harku Investments, LLC** | ☐ D ____<br>■ E/F __3.23__<br>☐ G ____ |
| 2.17 | **ABC Capital RE LTD** | **Philadelphia Investments VVD LLC** | ☐ D ____<br>■ E/F __3.47__<br>☐ G ____ |
| 2.18 | **ABC Capital RE LTD** | **Philadelphia Investments VVD LLC** | ☐ D ____<br>■ E/F __3.47__<br>☐ G ____ |
| 2.19 | **ABC Capital RE LTD** | **Romina Ginepri** | ☐ D ____<br>■ E/F __3.57__<br>☐ G ____ |
| 2.20 | **ABC Capital Realty** | **PQ Investments LLC** | ☐ D ____<br>■ E/F __3.49__<br>☐ G ____ |
| 2.21 | **ABC Capital Realty LLC** | **Philadelphia Investments VVD LLC** | ☐ D ____<br>■ E/F __3.47__<br>☐ G ____ |

Debtor **ABC Capital Investment, LLC**     Case number *(if known)* **22-13060**

■ **Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.22 | **ABC Capital Realty LLC** | **Warner Dwelling, LLC** | ☐ D _____<br>■ E/F __3.71__<br>☐ G _____ |
| 2.23 | **ABC Capital Realty LLC** | **Delightful Bliss LLC** | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.24 | **ABC Capital Realty LLC** | **Complete Business Solutions Group** | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.25 | **ABC Capital Realty LLC** | **RD Basis LLC** | ☐ D _____<br>■ E/F __3.54__<br>☐ G _____ |
| 2.26 | **ABC Capital Realty, LLC** | **World Consulting 2018, LLC** | ☐ D _____<br>■ E/F __3.73__<br>☐ G _____ |
| 2.27 | **ABC Capital Realty, LLC** | **RBT LLC** | ☐ D _____<br>■ E/F __3.53__<br>☐ G _____ |
| 2.28 | **ABC Capital Realty, LLC** | **Omer Dekel** | ☐ D _____<br>■ E/F __3.45__<br>☐ G _____ |
| 2.29 | **ABC Captial Baltimore LLC** | **Harku Investments, LLC** | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |

| Debtor | **ABC Capital Investment, LLC** | Case number *(if known)* | **22-13060** |
|---|---|---|---|

**Additional Page to List More Codebtors**
*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | **ABC Captial RE LLC** | **Harku Investments, LLC** | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |
| 2.31 | **ABC Captial Realty LLC** | **Romina Ginepri** | ☐ D _____<br>■ E/F __3.57__<br>☐ G _____ |
| 2.32 | **ABC Captial Realty Philly, LLC** | **Meushar Investments, LLC** | ☐ D _____<br>■ E/F __3.41__<br>☐ G _____ |
| 2.33 | **ABC Horizon LLC** | **Meushar Investments, LLC** | ☐ D _____<br>■ E/F __3.41__<br>☐ G _____ |
| 2.34 | **ABC Horizons LLC** | **Meushar Investments, LLC** | ☐ D _____<br>■ E/F __3.41__<br>☐ G _____ |
| 2.35 | **ABC Horizons LLC** | **RD Basis LLC** | ☐ D _____<br>■ E/F __3.54__<br>☐ G _____ |
| 2.36 | **ABC Income Fund 7 LLC** | **Romina Ginepri** | ☐ D _____<br>■ E/F __3.57__<br>☐ G _____ |
| 2.37 | **ABC Management Baltimore LLC** | **Philadelphia Investments VVD LLC** | ☐ D _____<br>■ E/F __3.47__<br>☐ G _____ |

Debtor **ABC Capital Investment, LLC**     Case number *(if known)* **22-13060**

▪ **Additional Page to List More Codebtors**
   Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.38 | **ABC Management Baltimore, LLC** | | **Meushar Investments, LLC** | ☐ D _____ <br> ■ E/F  **3.41** <br> ☐ G _____ |
| 2.39 | **ABC Management Baltimore, LLC** | | **Harku Investments, LLC** | ☐ D _____ <br> ■ E/F  **3.23** <br> ☐ G _____ |
| 2.40 | **ABC Management-Baltimore** | | **World Consulting 2018, LLC** | ☐ D _____ <br> ■ E/F  **3.73** <br> ☐ G _____ |
| 2.41 | **Adam Capital Invesments** | 1218 N. Marshall Street<br>Philadelphia, PA 19122 | **PQ Investments LLC** | ☐ D _____ <br> ■ E/F  **3.49** <br> ☐ G _____ |
| 2.42 | **Amir Vana** | | **Cheetah NR LLC** | ☐ D _____ <br> ■ E/F  **3.11** <br> ☐ G _____ |
| 2.43 | **Amir Vana** | | **City of Philadelphia** | ☐ D _____ <br> ■ E/F  **2.1** <br> ☐ G _____ |
| 2.44 | **Amir Vana** | | **World Consulting 2018, LLC** | ☐ D _____ <br> ■ E/F  **3.73** <br> ☐ G _____ |
| 2.45 | **Amir Vana** | | **RBT LLC** | ☐ D _____ <br> ■ E/F  **3.53** <br> ☐ G _____ |

Debtor **ABC Capital Investment, LLC**  Case number *(if known)* **22-13060**

|  | **Additional Page to List More Codebtors** | |
|---|---|---|
|  | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|  | *Column 1:* **Codebtor** | *Column 2:* **Creditor** |

| | Codebtor | Creditor | |
|---|---|---|---|
| 2.46 | **Amir Vana** | **Omer Dekel** | ☐ D _____<br>■ E/F **3.45**<br>☐ G _____ |
| 2.47 | **Amir Vana** | **Complete Business Solutions Group** | ☐ D _____<br>■ E/F **3.12**<br>☐ G _____ |
| 2.48 | **Amir Vana** | **RD Basis LLC** | ☐ D _____<br>■ E/F **3.54**<br>☐ G _____ |
| 2.49 | **Amir Vana** | **Yaviv Investments and Toolip Real Estate** | ☐ D _____<br>■ E/F **3.74**<br>☐ G _____ |
| 2.50 | **Amir Vana** | **Romina Ginepri** | ☐ D _____<br>■ E/F **3.57**<br>☐ G _____ |
| 2.51 | **Amir Vana** | **PQ Investments LLC** | ☐ D _____<br>■ E/F **3.49**<br>☐ G _____ |
| 2.52 | **Besaid LLC** 3604 Eastern Ave. Baltimore, MD 21224 | **Meushar Investments, LLC** | ☐ D _____<br>■ E/F **3.41**<br>☐ G _____ |
| 2.53 | **Blue Star Property Management** 3604 Eastern Avenue Baltimore, MD 21224 | **Meushar Investments, LLC** | ☐ D _____<br>■ E/F **3.41**<br>☐ G _____ |

| Debtor | ABC Capital Investment, LLC | Case number *(if known)* | **22-13060** |
|---|---|---|---|

■ **Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.54 | **Cheetah NR LLC** | | **Karl Wilson** | ☐ D _____<br>■ E/F **3.29**<br>☐ G _____ |
| 2.55 | **Compass Property Management, LLC** | 246 W. Tampa Avenue<br>Venice, FL 34285 | **Harku Investments, LLC** | ☐ D _____<br>■ E/F **3.23**<br>☐ G _____ |
| 2.56 | **Constanza Profeta** | 175 SW 7th Street, Ste. 2110<br>Miami, FL 33130 | **World Consulting 2018, LLC** | ☐ D _____<br>■ E/F **3.73**<br>☐ G _____ |
| 2.57 | **Dos Dioses LLC** | | **Philadelphia Investments VVD LLC** | ☐ D _____<br>■ E/F **3.47**<br>☐ G _____ |
| 2.58 | **Dos Dioses LLC** | | **Delightful Bliss LLC** | ☐ D _____<br>■ E/F **3.13**<br>☐ G _____ |
| 2.59 | **Fernando Cepeda** | 990 Biscayne Blvd. #502<br>Miami, FL 33132 | **Harku Investments, LLC** | ☐ D _____<br>■ E/F **3.23**<br>☐ G _____ |
| 2.60 | **Florencia Menendez** | 3109 Grand Ave. #192<br>Miami, FL 33133 | **Harku Investments, LLC** | ☐ D _____<br>■ E/F **3.23**<br>☐ G _____ |
| 2.61 | **Giovanni Real Estate** | | **PQ Investments LLC** | ☐ D _____<br>■ E/F **3.49**<br>☐ G _____ |

| Debtor | **ABC Capital Investment, LLC** | Case number *(if known)* | **22-13060** |

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.62 | **Giovanni Real Estate LLC** | | **Meushar Investments, LLC** | ☐ D _____<br>■ E/F __3.41__<br>☐ G _____ |
| 2.63 | **Giovanni Real Estate LLC** | | **Omer Dekel** | ☐ D _____<br>■ E/F __3.45__<br>☐ G _____ |
| 2.64 | **Giovanni Real Estate LLC** | | **RD Basis LLC** | ☐ D _____<br>■ E/F __3.54__<br>☐ G _____ |
| 2.65 | **Giovanni Real Estate, LLC** | | **RBT LLC** | ☐ D _____<br>■ E/F __3.53__<br>☐ G _____ |
| 2.66 | **Guy El Guy Investments, LLC** | 305 N. 3rd Street<br>Philadelphia, PA 19106 | **Kenisha Mathis** | ☐ D _____<br>■ E/F __3.30__<br>☐ G _____ |
| 2.67 | **Ilovich Investment LLC** | 1218 N. Marshall Street<br>Philadelphia, PA 19122 | **Leonora Battle** | ☐ D _____<br>■ E/F __3.35__<br>☐ G _____ |
| 2.68 | **IPP USA LLC** | | **Harku Investments, LLC** | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |
| 2.69 | **Jason P. Walsh** | | **Cheetah NR LLC** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |

| Debtor | ABC Capital Investment, LLC | Case number *(if known)* | 22-13060 |
|---|---|---|---|

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.70 | Jason Walsh | City of Philadelphia | ☐ D _____<br>■ E/F **2.1**<br>☐ G _____ |
| 2.71 | Jason Walsh | DGS Capital Investments | ☐ D _____<br>■ E/F **3.17**<br>☐ G _____ |
| 2.72 | Jason Walsh | World Consulting 2018, LLC | ☐ D _____<br>■ E/F **3.73**<br>☐ G _____ |
| 2.73 | Jason Walsh | RBT LLC | ☐ D _____<br>■ E/F **3.53**<br>☐ G _____ |
| 2.74 | Jason Walsh | Harku Investments, LLC | ☐ D _____<br>■ E/F **3.23**<br>☐ G _____ |
| 2.75 | Jason Walsh | Omer Dekel | ☐ D _____<br>■ E/F **3.45**<br>☐ G _____ |
| 2.76 | Jason Walsh | Warner Dwelling, LLC | ☐ D _____<br>■ E/F **3.71**<br>☐ G _____ |
| 2.77 | Jason Walsh | Delightful Bliss LLC | ☐ D _____<br>■ E/F **3.13**<br>☐ G _____ |

Debtor **ABC Capital Investment, LLC**  Case number *(if known)* **22-13060**

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.78 | **Jason Walsh** | | **Complete Business Solutions Group** | ☐ D ____<br>■ E/F **3.12**<br>☐ G ____ |
| 2.79 | **Jason Walsh** | | **RD Basis LLC** | ☐ D ____<br>■ E/F **3.54**<br>☐ G ____ |
| 2.80 | **Jason Walsh** | | **Yaviv Investments and Toolip Real Estate** | ☐ D ____<br>■ E/F **3.74**<br>☐ G ____ |
| 2.81 | **Jason Walsh** | | **Romina Ginepri** | ☐ D ____<br>■ E/F **3.57**<br>☐ G ____ |
| 2.82 | **Jason Walsh** | | **PQ Investments LLC** | ☐ D ____<br>■ E/F **3.49**<br>☐ G ____ |
| 2.83 | **Jeff and Janice LLC** | 1218 N. Marshall Street<br>Philadelphia, PA 19122 | **Kenisha Mathis** | ☐ D ____<br>■ E/F **3.30**<br>☐ G ____ |
| 2.84 | **Karen Lee Walker** | | **Philadelphia Investments VVD LLC** | ☐ D ____<br>■ E/F **3.47**<br>☐ G ____ |
| 2.85 | **Legacy Holdings Baltimore LLC** | | **Philadelphia Investments VVD LLC** | ☐ D ____<br>■ E/F **3.47**<br>☐ G ____ |

| Debtor | ABC Capital Investment, LLC | Case number *(if known)* | **22-13060** |
|---|---|---|---|

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.86 | **Legacy Holdings LLC** | **1218 N. Marshall Street** <br> **Philadelphia, PA 19122** | **Meushar Investments, LLC** | ☐ D _____ <br> ■ E/F  **3.41** <br> ☐ G _____ |
| 2.87 | **Legacy Holdings LLC** | | **RD Basis LLC** | ☐ D _____ <br> ■ E/F  **3.54** <br> ☐ G _____ |
| 2.88 | **Neighborhood Properties, LLC** | **230 S. Bemiston Ave., Ste. 100** <br> **Saint Louis, MO 63105** | **Harku Investments, LLC** | ☐ D _____ <br> ■ E/F  **3.23** <br> ☐ G _____ |
| 2.89 | **NEVO's Construction, LLC** | **7330 Wissingoming Street** <br> **Philadelphia, PA 19136** | **Alpha Capital Investments, LLC** | ☐ D _____ <br> ■ E/F  **3.4** <br> ☐ G _____ |
| 2.90 | **New Philly Construction** | | **PQ Investments LLC** | ☐ D _____ <br> ■ E/F  **3.49** <br> ☐ G _____ |
| 2.91 | **New Philly Construction LLC** | | **Cheetah NR LLC** | ☐ D _____ <br> ■ E/F  **3.11** <br> ☐ G _____ |
| 2.92 | **New Philly Construction LLC** | | **Meushar Investments, LLC** | ☐ D _____ <br> ■ E/F  **3.41** <br> ☐ G _____ |
| 2.93 | **New Philly Construction LLC** | | **World Consulting 2018, LLC** | ☐ D _____ <br> ■ E/F  **3.73** <br> ☐ G _____ |

| Debtor | **ABC Capital Investment, LLC** | Case number *(if known)* | **22-13060** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.94 | **New Philly Construction LLC** | **Karl Wilson** | ☐ D _____<br>■ E/F __3.29__<br>☐ G _____ |
| 2.95 | **New Philly Construction LLC** | **Omer Dekel** | ☐ D _____<br>■ E/F __3.45__<br>☐ G _____ |
| 2.96 | **New Philly Construction LLC** | **Philadelphia Investments VVD LLC** | ☐ D _____<br>■ E/F __3.47__<br>☐ G _____ |
| 2.97 | **New Philly Construction LLC** | **Warner Dwelling, LLC** | ☐ D _____<br>■ E/F __3.71__<br>☐ G _____ |
| 2.98 | **New Philly Construction LLC** | **Delightful Bliss LLC** | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.99 | **New Philly Construction LLC** | **Complete Business Solutions Group** | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.100 | **New Philly Construction LLC** | **RD Basis LLC** | ☐ D _____<br>■ E/F __3.54__<br>☐ G _____ |
| 2.101 | **New Philly Construction LLC** | **Yaviv Investments and Toolip Real Estate** | ☐ D _____<br>■ E/F __3.74__<br>☐ G _____ |

| Debtor | **ABC Capital Investment, LLC** | Case number *(if known)* | **22-13060** |
|---|---|---|---|

**Additional Page to List More Codebtors**
Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.10 2 | **New Philly Construction, LLC** | | **DGS Capital Investments** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |
| 2.10 3 | **New Philly Construction, LLC** | | **RBT LLC** | ☐ D _____<br>■ E/F __3.53__<br>☐ G _____ |
| 2.10 4 | **New Philly Construction, LLC** | | **Alpha Capital Investments, LLC** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.10 5 | **NOD Capital Investments LLC** | | **Philadelphia Investments VVD LLC** | ☐ D _____<br>■ E/F __3.47__<br>☐ G _____ |
| 2.10 6 | **Peter Brooks** | | **Philadelphia Investments VVD LLC** | ☐ D _____<br>■ E/F __3.47__<br>☐ G _____ |
| 2.10 7 | **Philly 4 Sale By Owner, LLC** | 1714 Memphis Street, Ste. C-8<br>Philadelphia, PA 19125 | **DGS Capital Investments** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |
| 2.10 8 | **Philly Acquisitions, LLC** | | **Warner Dwelling, LLC** | ☐ D _____<br>■ E/F __3.71__<br>☐ G _____ |
| 2.10 9 | **Philly Acquistions, LLC** | | **Yaviv Investments and Toolip Real Estate** | ☐ D _____<br>■ E/F __3.74__<br>☐ G _____ |

| Debtor | **ABC Capital Investment, LLC** | Case number *(if known)* | **22-13060** |
|---|---|---|---|

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.110 | **Philly Aquisitions LLC** | | **Omer Dekel** | ☐ D _____<br>■ E/F  **3.45**<br>☐ G _____ |
| 2.111 | **Philly Metro Builders LLC** | | **Philadelphia Investments VVD LLC** | ☐ D _____<br>■ E/F  **3.47**<br>☐ G _____ |
| 2.112 | **Philly Metro Builders, LLC** | | **World Consulting 2018, LLC** | ☐ D _____<br>■ E/F  **3.73**<br>☐ G _____ |
| 2.113 | **Philly Metro Builders, LLC** | | **Harku Investments, LLC** | ☐ D _____<br>■ E/F  **3.23**<br>☐ G _____ |
| 2.114 | **Prashant Jain** | 94 S. Calder Way<br>Phoenixville, PA 19460 | **Meushar Investments, LLC** | ☐ D _____<br>■ E/F  **3.41**<br>☐ G _____ |
| 2.115 | **Ricardo Estrazulas** | 2655 Collins Ave., Apt. 2512<br>Miami Beach, FL 33140 | **Harku Investments, LLC** | ☐ D _____<br>■ E/F  **3.23**<br>☐ G _____ |
| 2.116 | **Ricardo Scattolini** | 175 SW 7th Street<br>Ste. 2110<br>Miami, FL 33130 | **World Consulting 2018, LLC** | ☐ D _____<br>■ E/F  **3.73**<br>☐ G _____ |
| 2.117 | **Ricardo Scattolini** | | **Harku Investments, LLC** | ☐ D _____<br>■ E/F  **3.23**<br>☐ G _____ |

| Debtor | **ABC Capital Investment, LLC** | Case number *(if known)* | **22-13060** |

**Additional Page to List More Codebtors**
**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: *Codebtor* | Column 2: *Creditor* | |
|---|---|---|---|
| 2.118 | **Stateside Philly** | **PQ Investments LLC** | ☐ D _____<br>■ E/F __3.49__<br>☐ G _____ |
| 2.119 | **Stateside Philly Construction, LLC** | **RBT LLC** | ☐ D _____<br>■ E/F __3.53__<br>☐ G _____ |
| 2.120 | **Stateside Philly LLC** | **Cheetah NR LLC** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.121 | **Stateside-Philly LLC** | **Meushar Investments, LLC** | ☐ D _____<br>■ E/F __3.41__<br>☐ G _____ |
| 2.122 | **Stateside-Philly LLC** | **Omer Dekel** | ☐ D _____<br>■ E/F __3.45__<br>☐ G _____ |
| 2.123 | **Yair Friedman** | **City of Philadelphia** | ☐ D _____<br>■ E/F __2.1__<br>☐ G _____ |
| 2.124 | **Yaron Zer** | **Cheetah NR LLC** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.125 | **Yaron Zer** | **City of Philadelphia** | ☐ D _____<br>■ E/F __2.1__<br>☐ G _____ |

| Debtor | **ABC Capital Investment, LLC** | Case number *(if known)* | **22-13060** |
|---|---|---|---|

☐ **Additional Page to List More Codebtors**
  Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.126 | **Yaron Zer** | **DGS Capital Investments** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |
| 2.127 | **Yaron Zer** | **World Consulting 2018, LLC** | ☐ D _____<br>■ E/F __3.73__<br>☐ G _____ |
| 2.128 | **Yaron Zer** | **RBT LLC** | ☐ D _____<br>■ E/F __3.53__<br>☐ G _____ |
| 2.129 | **Yaron Zer** | **Omer Dekel** | ☐ D _____<br>■ E/F __3.45__<br>☐ G _____ |
| 2.130 | **Yaron Zer** | **Philadelphia Investments VVD LLC** | ☐ D _____<br>■ E/F __3.47__<br>☐ G _____ |
| 2.131 | **Yaron Zer** | **Complete Business Solutions Group** | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.132 | **Yaron Zer** | **RD Basis LLC** | ☐ D _____<br>■ E/F __3.54__<br>☐ G _____ |
| 2.133 | **Yaron Zer** | **Yaviv Investments and Toolip Real Estate** | ☐ D _____<br>■ E/F __3.74__<br>☐ G _____ |

| Debtor | **ABC Capital Investment, LLC** | Case number *(if known)* | **22-13060** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.134 **Yaron Zer** | **Romina Ginepri** | ☐ D _____<br>■ E/F __3.57__<br>☐ G _____ |
| 2.135 **Yaron Zer** | **PQ Investments LLC** | ☐ D _____<br>■ E/F __3.49__<br>☐ G _____ |