# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **ABC Capital Investment, LLC**　　　　　　　　　　　　　　　　　　Case No.  **22-13060**
　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　Chapter  **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **ABC Capital Investment, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **November 15, 2022** | **/s/ Paul S. Peters III, Esquire** |
| Date | **Paul S. Peters III, Esquire 87421** |
| | Signature of Attorney or Litigant |
| | Counsel for  **ABC Capital Investment, LLC** |
| | **The Peters Firm, PLLC** |
| | **P.O. Box 11227** |
| | **Elkins Park, PA 19027** |
| | **215-291-2944 Fax:215-690-4057** |
| | **ppeters@thepetersfirm.com** |