UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **ABC CAPITAL INVESTMENTS LLC** : Bankruptcy No.:
: Chapter 7

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Jason P. Walsh**, declare under penalty of perjury that I am the **Managing Member** of **ABC Capital Investment, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said LLC at a special meeting duly called and held on **November 14, 2022**.

"Whereas, it is in the best interest of this LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Resolved, that **Jason P. Walsh**, **Managing Member** of this LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the LLC; and

Be It Further Resolved, that **Jason P. Walsh**, **Managing Member** of this LLC is authorized and directed to appear in all bankruptcy proceedings on behalf of the LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the LLC in connection with such bankruptcy case, and

Be It Further Resolved, that **Jason P. Walsh**, **Managing Member** of this LLC is authorized and directed to employ **Paul S. Peters III, Esquire,** attorney and the law firm of **The Peters Firm, PLLC** to represent the LLC in such bankruptcy case."

DocuSigned by:
*Jason P. Walsh*
819BD65357A94AF...

ABC Capital Investments, LLC
by and through Jason P. Walsh, Managing Member

Dated: **November 14, 2022**