**UNITED STATES BANKRUPTCY COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br><br>ABC CAPITAL INVESTMENT, LLC<br><br><br>**Debtor** | CHAPTER 7<br><br>CASE NO. 22-13060-AMC |
|---|---|

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

TO THE DEBTOR: The Chapter 7 Trustee has filed a Motion for an Order Compelling the debtor through its three principals identified as Jason Walsh, Amir Vana, and Yaron Zer, to provide documents and reimburse the Trustee for the costs of compelling cooperation. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **fourteen days** from date of service, you or your attorney must do all of the following:
(a) file an answer explaining your position at:
U.S. Bankruptcy Court, Eastern District of Pennsylvania 900 Market Street, Suite 400 Philadelphia, PA 19107-4299
If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
(b) mail or email a copy to the movant: Gary Seitz, Gellert Scali Busenkell & Brown, LLC, 1628 JFK BLVD, STE 1901, Philadelphia, PA 19103, (215) 238-0011 gseitz@gsbblaw.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on **3/22/2023** at **12:30 p.m**. by teleconference call by dialing **1.877.873.8017** and using access code **3027681**. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: February 23, 2023
Gary Seitz, Chapter 7 Trustee