## UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ABC CAPITAL INVESTMENT, LLC,<br><br><br>Debtor. | CHAPTER 7<br><br>CASE NO. 22-13060-AMC |

### ORDER FOR JASON WALSH, AMIR VANA AND YARON ZER
### TO SHOW CAUSE WHY THEY SHOULD NOT BE INCARCERATED UNTIL
### THEIR CONTEMPT OF COURT IS PURGED

UPON CONSIDERATION of the status report of Gary F. Seitz, Chapter 7 Trustee, at the August 2, 2023 continued status hearing held regarding compliance with the court's order of 5/19/2023 ("Order2") granting the Motion of the Chapter 7 Trustee to Hold Debtor and Its Principals in Contempt, after finding Debtor, ABC Capital Investment, LLC, and its three principals identified as Jason Walsh, Amir Vana and Yaron Zer, in contempt of this Court's order dated March 23, 2023 ("Order1"),

NOW, THEREFORE, counsel for the Debtor, ABC Capital Investment, LLC and its three principals identified as Jason Walsh, Amir Vana and Yaron Zer are hereby ordered to appear at an evidentiary hearing at **12:30 p.m. on August 23, 2023**, by dialing 1.877.873.8017 and using access code 3027681, and show cause why they should not be held in further civil contempt of court for their continued failure to abide by and purge themselves of contempt pursuant to the terms of Order2, that a further order not be entered imposing additional daily fines upon them, that an order not be entered requiring them to pay the additional fees and costs of the Trustee and/or whether it should

be appropriate for this Court to have the United States Marshal Service incarcerate them until they have complied with the Order1 and purged their contempt as set forth in Order2.

BY THE COURT:

Dated: __August 3, 2023__

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE

PLEASE SERVE:

Amir Vana <amirvana71@gmail.com>
203 Kresson Rd
Voorhees, NJ 08043

Jay Walsh <jaywalshva@gmail.com>
860 N Leithgow Street
Philadelphia, PA 19123

Yaron Zer
1626 Locust St
Philadelphia PA 19103

Paul Peters, Esq. <ppeters@thepetersfirm.com> <ppeters@pmrbm.com>
The Peters Firm, PLLC
P.O. Box 11227
Elkins Park, PA 19027

Andrew D. Swain, Esq.  <swain@swainlawfirm.com>
The Swain Law Firm, PC
2410 Bristol Road
Bensalem, PA 19020