## UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br><br> ABC CAPITAL INVESTMENT, LLC <br><br> Debtor | CHAPTER 7 <br><br> CASE NO. 22-13060-AMC |

### ORDER

Upon consideration of the motion filed by Gary F. Seitz, Chapter 7 Trustee, to compel Andrew D. Swain, Esq. and The Swain Law Firm, PC ("Swain"), ABC Capital Investment, LLC's (the "Debtor") prepetition counsel to turnover the Debtor's files including but not limited to (1) all filed or served briefs, pleadings, discovery requests and responses; (2) all transcripts of any type; (3) all affidavits and witness statements of any type; (4) all memoranda of law, case evaluations, or strategy memoranda; (5) all substantive correspondence of any type (including email), including correspondence with other parties or their counsel, all correspondence with the client, and correspondence with third parties; (6) all original documents with legal significance, such as wills, deeds and contracts; (7) all documents or other things delivered to the lawyer by or on behalf of the client; and (8) all invoices or statements sent to the client (collectively "Files") so the Trustee may perform the duties required by him in the administration of the Debtor's estate, it appearing that the circumstances are in favor of the granting thereof, after a hearing, it is hereby ordered that the motion is GRANTED, it is further

ORDERED that the Swain shall provide the Trustee the Files no later than 5 business days from the date of this Order.

BY THE COURT:

Dated: __August 8, 2023__

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE