**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

-------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| ABC CAPITAL INVESTMENT, LLC, | : | Bankruptcy No. 22-13060 (AMC) |
| | : | |
| Debtor. | : | |

-------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES

PLEASE TAKE NOTICE THAT Megan N. Harper enters her appearance as counsel for the City of Philadelphia/School District of Philadelphia in the above-captioned case pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and requests that all notices, motions, pleadings and other matters filed herein be served upon the following:

Megan N. Harper
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595
Email: Megan.Harper@phila.gov

PLEASE TAKE FURTHER NOTICE that this request is made without submitting to the jurisdiction of the Court, without waiving service of process or otherwise waiving any rights.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: August 15, 2023    By:    */s/ Megan N. Harper*
MEGAN N. HARPER
Senior Attorney
PA Attorney ID 81669
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595
215-686-0503 (phone)
Email: Megan.Harper@phila.gov
*Counsel for the City of Philadelphia/School District of Philadelphia*