**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ABC CAPITAL INVESTMENT, LLC,<br><br><br>Debtor. | CHAPTER 7<br><br>CASE NO. 22-13060-AMC |

**NOTICE OF REMOTE EXAMINATION
BY GARY SEITZ AS CHAPTER 7 TRUSTEE
OF JASON WALSH, AMIR VANA AND YARON ZER**

PLEASE TAKE NOTICE that Gary F. Seitz, Esquire, Chapter 7 Trustee ("Trustee") of ABC Capital Investment, LLC ("Debtor"), pursuant to Fed. R. Bankr. P. Rules 2004, 9012, 9016, 9029 and 9030, will take the testimony of the Debtor's three principals Jason Walsh, Amir Vana and Yaron Zer as set forth in the Stipulation [Doc. 90] and Order [Doc. 93] of the Court, by utilizing the Zoom Meeting Platform on Tuesday, September 5, 2023, beginning at 1:00 p.m.

To join the Zoom Meeting please use the following link:

https://us02web.zoom.us/j/86280225488?pwd=UmI3ZWN2aEk2blVXclJzRFZOKzMyZz09

If requested, use the following credentials: Meeting ID: 862 8022 5488  Passcode: 824727

Dated: August 31, 2023

/S/ Gary F. Seitz

GARY F. SEITZ
Chapter 7 Trustee
Gellert Scali Busenkell & Brown, LLC
1628 JFK BLVD, STE 1901
Philadelphia, PA 19103
(215) 238-0011
gseitz@gsbblaw.com