# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISON

| | | |
|---|---|---|
| In re:   ABC Capital Investments, LLC | : : : : : : : : : | Civil Action No.  22-13060-elf |

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

 Kindly enter the appearance of Matthew B. Weisberg, Esquire on behalf of Claimants, JCL Commercial Group LLC, Juan Carlos Pena, and Esperanza Pinilla in regards to the above-referenced matter.

          **WEISBERG LAW**

          */s/ Matthew B. Weisberg*
          Matthew B. Weisberg, Esquire
          *Attorneys for Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISON**

| | | |
|---|---|---|
| In re:  ABC Capital Investments, LLC | : : : : : : : : | Civil Action No.  22-13060-elf |

**CERTIFICATE OF SERVICE**

I, L. Anthony DiJiacomo, III, Esquire, hereby certify that on this 10th day of October 2023, a true and correct copy of the foregoing Entry of Appearance was served via e-filing on all counsel of record:

Paul S. Peters, III, Esquire
The Peters Firm, PLLC
P.O. Box 11227
Elkins Park, PA 19027

Gary F. Seitz, Esquire
Gellert Scali Busenkell & Brown LLC
8 Penn Center
1628 John F. Kennedy Blvd
Suite 1901
Philadelphia, PA 19103

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

**WEISBERG LAW**

*/s/ L. Anthony DiJiacomo*
L. Anthony DiJiacomo, III, Esquire
*Attorneys for Creditors*