### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| ABC CAPITAL INVESTMENT, LLC, | ) | Case No. 22-13060-AMC |
| | ) | |
| | ) | |
| Debtor. | ) | |

### NOTICE OF CHANGE TO NO ASSET CASE

Gary F. Seitz, Esquire, as the chapter 7 trustee (the "Chapter 7 Trustee") to the estate of the above-captioned Debtor (the "Debtor), after due inquiry and investigation, having discovered no unencumbered assets in the estate that would result in any meaningful distribution to creditors, accordingly hereby gives Notice that this is a No-Asset case.

/s/  Gary F. Seitz

GARY F. SEITZ, Chapter 7 Trustee
Gellert Seitz Busenkell & Brown, LLC
901 Market St, Ste 3020
Philadelphia, PA 19107

Dated:  June 11, 2024

1363014-1